USDC SCAN INDEX SHEET

















RXC     12/26/01     14:29

3:01-CV-02348    USA V. FORD 1998 MUSTANG

*1*

*CMP.*

ORIGINAL

1  PATRICK K. O'TOOLE
   United States Attorney
2  MARK EDELMAN
   Assistant U.S. Attorney
3  California State Bar No. 156862
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6563

FILED
01 DEC 21 PM 4:05
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

6  Attorneys for Plaintiff
   United States of America

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )  Civil No.
                                )
11              Plaintiff,      )  COMPLAINT FOR
                                )  FORFEITURE
12      v.                      )
                                )  '01 CV 2348 L (AJB)
13 1998 FORD MUSTANG,           )
   CA LICENSE NO. 4CTK913,      )
14 VIN 1FAFP4046WF216642,       )
   ITS TOOLS AND APPURTENANCES, )
15                              )
                Defendant.      )
16 _____)

17      For its claim against the defendant, One 1998 Ford Mustang, CA

18 License No. 4CTK913, VIN 1FAFP4046WF216642, its tools and

19 appurtenances (hereinafter "defendant vehicle"), the United States of

20 America alleges:

21      1.   This court has jurisdiction over this action by virtue of

22 the provisions of Title 28, United States Code, Sections 1345 and

23 1355, and Title 8, United States Code, Section 1324.

24      2.   Venue is proper in this district pursuant to Title 28,

25 United States Code, Section 1395 because the acts or omissions giving

26 rise to the forfeiture occurred in this district.

27 ///

28 2001v00860:MPE:tlp

3.  On July 30, 2001, at approximately 2:40 p.m., Steven Edward Payne entered the United States from Mexico at the San Ysidro Port of Entry. Payne was the driver, registered owner, and sole visible occupant of a 1998 Ford Mustang automobile bearing California license plate 4CTK913. Concealed within a compartment under the back seat of the vehicle at the time of Payne's entry into the United States was Martha Garcia-Leon, a native and citizen of Mexico without legal authorization to enter into or reside in the United States.

Upon the discovery of Garcia, Payne was questioned as to his knowledge of her presence in the vehicle. Payne stated that he knew Garcia was in the vehicle and further stated that he knew she was undocumented. Payne stated that he was to be paid $1,600 to bring Garcia into the United States and then transport her to Santa Ana, California.

Payne had also been apprehended while engaged in alien smuggling on August 22, 2000. On that occasion Payne attempted to bring an undocumented alien, Sara Saldivar-Gonzalez, into the United States through the San Ysidro Port of Entry by concealing her in the trunk of his car. Payne admitted his knowledge of Saldivar's presence in the vehicle and her undocumented status. The car Payne was driving on that occasion was the same Ford Mustang that he utilized on July 30, 2001, and which is the subject of this forfeiture complaint.

4.  On and/or prior to July 30, 2001, the defendant vehicle had been and was being used to facilitate the crime of attempted transportation within the United States of an alien not entitled to enter, reside in, or remain within the United States in violation of Title 8 United States Code, Section 1324(a)(1)(A)(ii).

///

5. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the defendant vehicle is subject to forfeiture pursuant to Title 8, United States Code, Section 1324(b).

6. The defendant vehicle is presently stored within the jurisdiction of this court.

7. The value of the defendant vehicle is approximately $7,050.00.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: 12/20/01

PATRICK K. O'TOOLE
United States Attorney

MARK EDELMAN
Assistant U.S. Attorney

3

## VERIFICATION

I, Alex Romero, hereby state and declare as follows:

1. I am an Immigration Inspector with the Immigration and Naturalization Service.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on __12/21/01__, 2001.

ALEX ROMERO
Immigration Inspector

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**ORIGINAL** — **FILED**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | 01 DEC 21 PM 4:05<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY<br><br>1998 FORD MUSTANG [Defendant] |
| COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>MARK EDELMAN<br>880 FRONT STREET, RM 6293<br>SAN DIEGO, CA 92101-8893<br>(619) 557-6563 | ATTORNEYS (IF KNOWN)<br><br>01 CV 2348 L (AJB) |

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business in This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

TITLE 8, UNITED STATES CODE, SECTION 1324

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury- Medical Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] Marine | [ ] 315 Airplane Product Liability | | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC | [ ] 410 Antitrust |
| [ ] Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] Negotiable Instrument | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Product Liability | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of &Enforcement of Judgment | | | [ ] 640 RR & Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 650 Airline Regs | [ ] 840 Trademark | [ ] 470 Racketeer Corrupt Organizations |
| [ ] 152 Recovery of Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 153 Recovery of of Veterans Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [X] 690 Other | [ ] 861 HIA (13958) | [ ] 850 Exchange |
| | [ ] 355 Motor Vehicle Liability | [ ] 380 Other Personal Property Damage | LABOR | [ ] 862 Black Lung (923) | |
| [ ] 160 Stockholders Suits | | | [ ] 710 Fair Labor Standards | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 Customer Challenge |
| [ ] Other Contract | [ ] 360 Other Personal | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product | | | [ ] 730 Labor/Mgmt. Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | [ ] 893 Environmental |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Habeas Corpus | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. or Defendant) | [ ] 894 Energy Allocation |
| [ ] 220 Foreclosure | [ ] 442 Employment | | [ ] 790 Other Labor | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 895 Freedom of |
| [ ] 230 Rent Lease & | [ ] 443 | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 900 Appeal of Fee Under Equal Access to |
| [ ] 240 Tort to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | | [ ] 950 Constitutionality |
| [ ] 245 Tort Product | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory |
| [ ] 290 All Other Real | | [ ] 550 Civil Rights<br>[ ] 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

[X] 1 Original Proceeding
[ ] 2 Removal from State Court
[ ] 3 Remanded from Appelate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See JUDGE _____ Docket Number _____)

DATE: 12-21-01

SIGNATURE OF ATTORNEY OF RECORD
MARK EDELMAN, AUSA
/s/ Mark Edelman